**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martinho Rocha, | ) |
| | ) |
| Plaintiff, | ) No. CIV 05-1565-PHX-ROS (DKD) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| Dora Schriro, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

On February 15, 2006, service upon Defendant Jones was returned unexecuted, indicating that said Defendant was no longer at that address (Doc. #6). However, it is unclear whether Defendant Jones may have been transferred to another facility.

Accordingly, defense counsel will be required to advise the court and Plaintiff regarding this matter. If Defendant Jones is still employed with the ADOC, Defendants shall provide that information to Plaintiff. If Defendant Jones is no longer employed by the ADOC, Defendants shall provide his last known home address to the Court UNDER SEAL.

**IT IS THEREFORE ORDERED THAT**:

1. Within ten (10) days from the date this Order is filed, Defendants shall provide Plaintiff with Defendant Jones' current work location if said Defendant is still employed with the ADOC. If Plaintiff is provided this information, he shall prepare and return a service packet to the Clerk of the Court. The Clerk of the Court is further directed to send a service packet to Plaintiff. If Defendant Jones is no longer employed with the ADOC, Defendants shall file UNDER SEAL Defendant Jones' last known home address. Upon receipt of that information,

1  the Clerk of the Court shall prepare and send to the U.S. Marshal a service packet for service

2  of the Summons and Complaint upon Defendant Jones.

3          2.  The time for completing service shall be extended sixty (60) days from the date this

4  Order is filed.

5          DATED this 3rd day of April, 2006.

6

7

8

9

10  _____
    David K. Duncan
    United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -