**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martinho Rocha,<br><br>         Plaintiff,<br><br>vs.<br><br>Dora Schriro, et al.,<br><br>         Defendants. | No.  CIV 05-1565-PHX-ROS (DKD)<br><br>**ORDER** |

It appearing to the Court that Plaintiff's Motion for Clarification or Amendment of Court's Screening Order (Doc. #14), filed March 10, 2006, is now ready for the Court's consideration,

**IT IS THEREFORE ORDERED** withdrawing the reference to the current Magistrate Judge as to the Motion for Clarification or Amendment of Court's Screening Order (Doc. #14). All other matters shall remain before the Magistrate Judge for disposition as appropriate.

DATED this 9th day of May, 2006.

_____
Roslyn O. Silver
United States District Judge