**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martinho Rocha,<br><br>          Plaintiff,<br><br>vs.<br><br>Dora Schriro, et al.,<br><br>          Defendants. | No. CIV 05-1565-PHX-ROS (DKD)<br><br>**ORDER** |

Pending before the Court are Plaintiff's Motion for an Order to Depose Each Defendant (Doc.#59) and Motion Requesting Appointment of Advisory Counsel (Doc. #60). On January 4, 2007, the Court denied Plaintiff's request for the appointment of counsel (Doc. #40). Plaintiff is requesting that advisory counsel be appointed because he lacks legal training.

There is no constitutional right to appointment of counsel in a civil case. Plaintiff has again failed to demonstrated a likelihood of success on the merits, and has not shown that he is experiencing difficulty in litigating this case because of the complexity of the issues involved. Accordingly, Plaintiff's motion will be denied.

Plaintiff also requests that the Court issue an order and schedule depositions for the Defendants. Plaintiff further requests that the Court order the state to provide legal counsel in the deposition process at its expense (Doc. #60 at 2). Accordingly, pursuant to Rule 30, Federal Rules of Civil Procedure, Plaintiff's motion will be denied.

**IT IS HEREBY ORDERED** that Plaintiff's Motion Requesting Appointment of Advisory Counsel (Doc. #60) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** denying Plaintiff's Motion for an Order to Depose Each Defendant (Doc.#59).

DATED this 6th day of September, 2007.

_____
David K. Duncan
United States Magistrate Judge